IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DENISE L. PALMORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | ) 1:13cv293 (JCC/TRJ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
|     Defendant. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff Denise Palmore's Objections to the Report and Recommendation of the Magistrate Judge, [Dkt. 21], are DENIED;

(2) Magistrate Judge Jones's Report and Recommendation filed on March 18, 2014, [Dkt. 20], is ADOPTED and the Commissioner's final decision is AFFIRMED;

(3) Plaintiff's Motion for Summary Judgment, [Dkt. 11], and Motion to Remand, [Dkt. 12], are DENIED;

(4) Defendant's Motion for Summary Judgment, [Dkt. 16], is GRANTED;

   (5) Plaintiff may appeal this decision by filing a written notice of appeal within thirty (30) days from the entry of this Order; and

   (6) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

|  |  |
|---|---|
|  | /s/ |
| April 16, 2014 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |